UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JERMAINE A THOMAS, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-1918 |
| § | |
| US IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT, § | |
| § | |
| Defendant. § | |

## OPINION ON DISMISSAL

On June 27, 2014, Petitioner Jermaine A. Thomas (A# 42132384) filed *pro se* a petition for writ of habeas corpus in Cause Number 4:14-cv-1803 (S.D. Tex.-Houston (Docket No. 1)) in this Court. The petition challenges pursuant to 28 U.S.C. § 2241 Petitioner's continued detention by the Department of Homeland Security. Around the same time, Petitioner submitted separately to the Clerk of Court a letter and various documents regarding his petition which were mistakenly docketed in the present case as an initial pleading in a new habeas corpus action. (Docket No. 1.) After reviewing these documents the Court finds that the present case is redundant and the documents filed here should be re-docketed in Petitioner's original habeas action.

Accordingly, it is ORDERED that the above captioned case is DISMISSED and the Clerk's Office shall re-docket the initial pleading here (Docket No. 1) as a supplement to the petition in Cause Number 4:14-cv-1803.

It is SO ORDERED.

SIGNED at Houston, Texas, this 7th day of August, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE